

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:     Khutsana Kenya Davis v. The State of Texas

Appellate case number:   01-13-00762-CR

Trial court case number: 1323141

Trial court:             262nd District Court of Harris County

      This case was abated and remanded to the trial court for the trial court to appoint counsel to represent appellant, Khutsana Kenya Davis, on appeal.  On May 2, 2014, the trial court clerk filed a supplemental clerk's record showing that the trial court appointed J. Sidney Crowley to represent Davis.  Accordingly, we REINSTATE this case on the Court's active docket.

      Appellant's brief is ORDERED to be filed by no later than May 27, 2014.  *See* TEX. R. APP. P. 38.6(a).

      Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief.  *See* TEX. R. APP. P. 38.6(b).

      It is so ORDERED.


Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
            ☒  Acting individually      ☐  Acting for the Court

Date:  May 15, 2014